UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23086-RAR

**BRENDA WRIGHT**, *et al.*,

    Appellants,

v.

**BIRD GLOBAL, INC.**, *et al.*,

    Appellees.
_____/

## ORDER SETTING HEARING, REQUIRING EXPEDITED RESPONSE, AND TEMPORARILY STAYING CONFIRMATION ORDER

**THIS CAUSE** comes before the Court upon the California Plaintiffs' Emergency Motion to Stay Confirmation Order Pending Appeal, [ECF No. 5] ("Motion"), filed on August 14, 2024. Pursuant to Federal Rule of Bankruptcy Procedure 8007, the California Plaintiffs move to stay the August 17, 2024 effective date of the Amended Confirmation Order, [ECF No. 5-1],[1] entered in the Bankruptcy Court, pending appeal. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. To facilitate the Court's review of the record and provide parties time to respond, the effective date of the Amended Confirmation Order is **TEMPORARILY STAYED** pending the Court's decision on the Motion.

2. Parties that object to the relief sought in the Motion shall submit a combined response on or before **August 19, 2024**. No other pleadings will be allowed.

---

[1] *In re Bird Global, Inc., et al.*, No. 23-20514-CLC, [ECF No. 1214].

3. The parties shall appear for a hearing on the Motion on **Wednesday, August 21, 2024 at 10:30 A.M**. Parties shall report to Courtroom 11-2, 11th Floor, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128.[2]

**DONE AND ORDERED** in Miami, Florida, this 14th day of August, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

---

[2] If the parties inform the Court that they are unable to attend the hearing in person, the Court will provide a Zoom link on the docket.