UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 1:24-cv-23086-RAR

BRENDA WRIGHT; LINDSY THOMPSON;
MARC PERKINS-CARRILLO; GREGORY BUCE;
BORNA ESLAMI; TRACY SQUIRE;
BENJAMIN MICHAEL PALAJAC; JOHN FRANCIS
FOLEY; YAMAN FEJLEH; and, DESTINY SMITH,

      Appellants,

v.

BIRD GLOBAL, INC.; BIRD RIDES, INC.;
BIRD US HOLDCO, LLC; BIRD US OPCO, LLC;
SKINNY LABS, INC.; THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS;
APOLLO SYNDICATE MANAGEMENT LIMITED;
APOLLO GROUP HOLDINGS LIMITED;
APOLLO SYNDICATE 1969; APOLLO SYNDICATE
1971; CITIES OF LOS ANGELES, SAN DIEGO,
SANTA MONICA, SAN JOSE, AND LONG BEACH;
THIRD LANE MOBILITY, INC.; DONNA JACKSON
TCHIRKOW; TORT CLAIMANTS; and,
PITTSBURGH PLAINTIFFS,

      Appellees.
_____/

## NOTICE OF STRIKING DOCUMENT

Appellees, Apollo Syndicate Management Limited; Apollo Group Holdings Limited; Apollo Syndicate 1969; and, Apollo Syndicate 1971, through undersigned counsel, hereby strikes the *Notice of Appearance of G. Eric Brunstad, Jr.* [ECF No. 28].

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF to all counsel of record and interested parties registered to receive electronic noticing in this case on August 20, 2024.

Date:  August 20, 2024

Respectfully submitted,

*s/ Jerry M. Markowitz*
Jerry M. Markowitz
Florida Bar No. 182420
Email:  jmarkowitz@mrthlaw.com
Markowitz, Ringel, Trusty & Hartog, P.A.
9130 S. Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Ph. (305) 670-5000

*Attorneys for Apollo Syndicate Management Limited; Apollo Group Holdings Limited; Apollo syndicate 1969; and, Apollo syndicate 1971*